EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| EX Parte:<br><br>Patricia Andreu Hernández | 2017 TSPR 58<br><br>197 DPR \_\_\_\_ |

Número del Caso: TS-18,942

Fecha: 20 de abril de 2017

Abogado de la peticionaria:

        Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*

Patricia Andreu Hernández            TS-18,942

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de abril de 2017.

Atendida la *Moción Sobre Readmisión al Ejercicio de la Abogacía* presentada por la Sra. Patricia Andreu Hernández el 7 de abril de 2017, se autoriza su reinstalación al ejercicio de la abogacía.

Notifíquese inmediatamente por teléfono, por correo electrónico y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo